UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN GRIFFIN,<br><br>                    Plaintiff,<br><br>-against-<br><br>NYC ADMINISTRATION FOR CHILDREN'S SERVICES, CITY OF NEW YORK, and DEIDRE COATES,<br><br>                    Defendants. | 23-CV-1306 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. **Plaintiff and counsel for Defendants must familiarize themselves with the Court's Individual Rules and Practices, including those for** *pro se* **litigants, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated:  June 29, 2023
       New York, New York

                                        SO ORDERED.

*Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge