UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN GRIFFIN,

                Plaintiff,

-v-                                  CIVIL ACTION NO.: 23 Civ. 1306 (JGLC) (SLC)

                                        **ORDER**

NYC ADMINISTRATION FOR CHILDREN'S SERVICES,
CITY OF NEW YORK, and DEIDRE COATES,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement and for report and recommendation on dispositive motions, if any. All pretrial motions and applications, including those relating to scheduling and discovery must be made to Judge Cave and in compliance with this Court's Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

In light of the parties' anticipated mediation (see ECF min. entry June 22, 2023), the Court orders as follows:

1. The Court's scheduling of an initial case management conference is HELD IN ABEYANCE pending completion of the parties' settlement efforts.

2. **Within seven (7) days** of the conclusion of the mediation, the parties shall file (i) a joint letter reporting on the status of their settlement efforts and, if appropriate, (ii) a Report of Rule 26(f) Meeting and Proposed Case Management Plan For Pro Se Case, via ECF, in conformance with the procedures in Section 1 of Judge Cave's

Individual Practices.  A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

**Plaintiff is advised that all letters and other communications with the Court from pro se parties must be submitted to the Pro Se Intake Unit, not directly to Chambers.**  The Pro Se Intake Unit is located in Room 105 in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007, telephone (212) 805-0175.  The staff of the Pro Se Intake Unit may assist pro se litigants in connection with Court procedures, but cannot and does not provide legal advice.

Plaintiff is further advised that plaintiff may choose to receive by email, instead of regular mail, documents filed in this case.  If plaintiff wishes to receive case information by email, plaintiff must follow the instructions on the Consent and Registration Form, available on the Court's website at https://nysd.uscourts.gov/node/845.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:      New York, New York
            July 10, 2023

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**