UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN GRIFFIN,

                Plaintiff,

-v-

NYC ADMINISTRATION FOR CHILDREN'S SERVICES, CITY OF NEW YORK, and DEIDRE COATES,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 1306 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 10, 2023, the Court held in abeyance the scheduling of an initial case management pending completion of the parties' settlement efforts, and directed the parties to file a joint letter (the "Letter") reporting on the status of their settlement efforts within seven days of their mediation. (ECF No. 14). The docket reflects that a mediation was held on November 9, 2023. (ECF min. entry Nov. 11, 2023). The parties did not, however, file the Letter by November 16, 2023. As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the Letter by **November 21, 2023**.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:      New York, New York
              November 20, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**