UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN GRIFFIN,

        Plaintiff,

-v-

NYC ADMINISTRATION FOR CHILDREN'S SERVICES, CITY OF NEW YORK, and DEIDRE COATES,

        Defendants.

CIVIL ACTION NO.: 23 Civ. 1306 (JGLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 16 is GRANTED, and the Court orders as follows:

1. The Court's scheduling of an initial case management conference remains HELD IN ABEYANCE pending completion of the parties' settlement efforts.

2. By **December 21, 2023**, the parties shall file (i) a joint letter reporting on the status of their settlement efforts and, if appropriate, (ii) a Report of Rule 26(f) Meeting and Proposed Case Management Plan For Pro Se Case, via ECF, in conformance with the procedures in Section 1 of Judge Cave's Individual Practices. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated:    New York, New York
            November 21, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**